128

MICHAEL DOWNEY v. BOARD OF TRUSTEES OF THE POLICE AND FIREMEN'S RETIREMENT SYSTEM.

June 13, 1989.

Petition for certification denied.

WALLACE CLEMONS v. JOHN J. RAFFERTY, ET AL.

June 13, 1989.

Petition for certification denied.

KEISHA HENDERSON, ETC., ET AL. v. J.F.K. MEMORIAL HOSPITAL/STRATFORD DIVISION, ET AL.

June 13, 1989.

Petition for certification denied.

JULES M. SILVERMAN v. SYNTREX INCORPORATED.

June 13, 1989.

Petition for certification denied.